Argued and submitted October 30, 1989, affirmed February 14, 1990

In the Matter of the Marriage of

# WARD,
nka Davis,
*Respondent,*
*and*

# WARD,
*Appellant.*

(83-7-85; CA A60151)

786 P2d 1295

Tony Pizzuti, Canby, argued the cause and filed the brief for appellant.

Robert A. Bennett, Portland, argued the cause for respondent. With him on the brief were David L. Johnstone and Bennett, Hartman, Tauman & Reynolds, P.C., Portland.

Before Graber, Presiding Judge, and Richardson and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Husband appeals from an order, entered on February 22, 1989, modifying his child support obligation. We will not apply the new child support guidelines on *de novo* review of an order entered before October 3, 1989. *Butcher and Butcher,* 100 Or App 476, 786 P2d 1293 (1990).

Affirmed. Costs to wife.